IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MITCHELL R. NEWILL, and THE ESTATE OF MICHAEL ALAN NEWILL,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV 17–39–M–DLC–RWA<br><br>ORDER |

FILED
MAY 1 1 2017
Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the parties' Stipulation for Dismissal (Doc. 10),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 11th day of May, 2017.

Dana L. Christensen, Chief District Judge
United States District Court